EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO. 07-00425 HG KSC |
| | ) |
| Petitioner, | ) ORDER ADOPTING MAGISTRATE'S |
| | ) REPORT AND RECOMMENDATION RE |
| V. | ) CONTEMPT FILED JANUARY 23, 2008 |
| | ) |
| STEVEN BOOTH SONGSTAD, | ) |
| | ) |
| Respondent. | ) |

ORDER ADOPTING MAGISTRATE'S REPORT
AND RECOMMENDATION RE CONTEMPT FILED JANUARY 23, 2008 AS MODIFIED

This Court hereby adopts Magistrate's Report and Recommendation Re Contempt filed January 23, 2008.

FURTHER, IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 401, Respondent is to produce records and documents related to Respondent's income for the years 2000 through 2006 responsive to the two summonses on or before noon on **March 15, 2008** at the office of the Internal Revenue Service in Maui.  If the required records and documents are not produced on **March 15,**

**2008**, then Respondent shall be fined $250.00 per day until the records are produced or an acceptable explanation is given as to why the records have not been produced.

The Internal Revenue Service may submit to this Court's Magistrate a declaration identifying all reasonable fees/costs related to this motion for reimbursement by Respondent.

DATED: March 4, 2008, Honolulu, Hawaii.



  /s/ Helen Gillmor
Chief United States District Judge